**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13555 (SCC)** |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>1ST ADVANTAGE MORTGAGE, L.L.C. *et al.*,<br><br>Defendants. | **Adversary Proceeding**<br>**No. 16-01019 (SCC)** |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>CORNERSTONE MORTGAGE, INC.,<br><br>Defendant. | **Adversary Proceeding**<br>**No. 16-01288 (SCC)** |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

WHEREAS Plaintiff Lehman Brothers Holdings Inc. ("LBHI"), the Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, and Defendant Cornerstone Mortgage, Inc. (the "Defendant") have reached a settlement fully and finally resolving all claims asserted against Defendant(s) in the above-captioned actions (the "Action");

      IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties hereto, that this Action is hereby dismissed against the Defendant with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: New York, New York
       August 9, 2019

| By: /s/ Mara R. Lieber | By: /s/ Joshua A. Rosenthal |
|---|---|
| William A. Maher | Joshua A. Rosenthal |
| James N. Lawlor | MEDLIN & HARGRAVE, PC |
| Adam M. Bialek | 3562 Round Barn Circle |
| Brant D. Kuehn | Santa Rosa, CA  95403 |
| Mara R. Lieber | Telephone: (510) 832-2900 |
| WOLLMUTH MAHER & DEUTSCH LLP | Facsimile: (510) 832-2945 |
| 500 Fifth Avenue | |
| New York, New York 10110 | |
| Telephone: (212) 382-3300 | |
| Facsimile: (212) 382-0050 | |
| | |
| *Counsel for Lehman Brothers Holdings Inc.* | *Counsel for Cornerstone Mortgage, Inc.* |

**SO ORDERED:**

August 13, 2019
New York, New York

                                          /S/ Shelley C. Chapman
                                          UNITED STATES BANKRUPTCY JUDGE